IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 7 |
| THE ULTIMATE LIVING GROUP, | : |
| LLC, | : Civil Action No. 07-161-JJF |
| | : |
| Debtor. | : |

### ORDER

WHEREAS, on April 5, 2007, the Trustee filed a Motion To Waive The Requirement Of Examination Of Debtor (D.I. 2) requesting that the Court relieve the Trustee of the duty to orally examine the Debtor prior to the conclusion of a meeting of creditors pursuant to Section 341(a) of the Bankruptcy Code because the Debtor has repeatedly failed to attend several prior scheduled meetings and in light of the Trustee's pending closure of the administration of the Debtor's estate;

WHEREAS, the Debtor filed no response to the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that the Trustee's Motion To Waive The Requirement Of Examination Of Debtor (D.I. 2) is **GRANTED** and the meeting of creditors pursuant to 11 U.S.C. § 341 is deemed concluded.

April 23, 2007

_____
UNITED STATES DISTRICT JUDGE