## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE ULTIMATE LIVING GROUP, LLC, | : | Case No. 07-00161 (JJF) |
| | : | |
| Debtor. | : | **Objection Deadline:**   **To Be Determined** |
| | : | |
| | : | **Hearing Date:**   **To Be Determined** |

## STATEMENT OF FEES FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL FOR ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE

Name of Applicant:  Archer & Greiner, P.C.

Authorized to Provide Professional Services to:  Chapter 7 Trustee

Date of Retention:  July 6, 2005 *nunc pro tunc* to May 31, 2005

Period for which compensation and reimbursement is sought: May 31, 2005 through April 30, 2007

Amount of compensation sought as actual, reasonable and necessary:  $10,044.00

Amount of expense reimbursement sought as actual, reasonable and necessary: $428.79

This is an  _____ Interim  __X__ Final Application  _____ Monthly Statement

The total amount of time expended for preparation of the Fee Application included in this application is approximately 0.0 hours and the corresponding compensation is approximately $0.00.

2137637v1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| | : | Case No. 07-00161 (JJF) |
| THE ULTIMATE LIVING GROUP, LLC, | : | |
| | : | **Objection Deadline:**    **To Be Determined** |
| Debtor. | : | |
| | : | **Hearing Date:**    **To Be Determined** |

## FIRST AND FINAL APPLICATION OF ARCHER & GREINER, PC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE CHAPTER 7 TRUSTEE

Pursuant to Sections 330 and 331 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2016-2, Archer & Greiner ("A&G") files this First and Final Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee (the "Application"). By this Application A&G seeks an allowance of $10,044.00 for fees and $428.79 for reimbursement of actual and necessary expenses for a total of $10,472.79 for the period of May 31, 2005 through April 30, 2007 (the "Application Period"). In support of this Application A&G respectfully represents as follows:

### Background

1.      The Debtor is a Delaware corporation that filed a petition for relief under Chapter 11 of the Bankruptcy Code on October 18, 2004.

2.      On May 27, 2005, the Debtor's Chapter 11 case was converted to a case under Chapter 7 and the United States Trustee appointed Alfred T. Giuliano as Trustee in this case.

3.     On June 7, 2005, Archer & Greiner, PC ("A&G") filed an application to be retained as counsel for the Chapter 7 Trustee. This application was granted by Order entered July 6, 2005, *nunc pro tunc* to May 31, 2005.

### Identity of Professionals

4.     The shareholders, associates and paraprofessionals of A&G who have rendered professional services in these cases during the application period are identified in Exhibit "B" attached hereto.

5.     A&G, through the above named persons, has advised the Trustee with respect to legal matters in connection with the stabilization and administration of the Debtor's estate and the Trustee's duties and responsibilities under the Bankruptcy Code. A&G has prepared and/or assisted in the preparation of various motions, applications and orders, attended meeting with certain creditors and other interested parties, and has appeared in court on behalf of the Trustee. A&G has performed all necessary and appropriate professional services as described and narrated in detailed and on Exhibit "A" attached hereto.

### Summary of Services by Project

A.     M001: Case Administration

Fees: $8,129.00          Total Time: 26.5

This category includes tasks related to case management, monitoring docket updates, electronic filing, inquiries by creditors and parties in interest, various status reports, research and general matters of administration.

B.     M002: Business Operation

Fees: $160.00          Total Time: 0.4

This category includes tasks related to the former business operations of the Debtor and matters stemming from the sale of these business operations during the Chapter 11.

C.    M015:  Fee/Employment Applications

Fees: $794.00                    Total Time:  5.3

This category includes tasks related to assistance with outside professionals' fee

applications, retention of professionals, preparation of professionals' retention applications and

analysis of other professionals' fee applications.

D.    M018:  Miscellaneous

Fees: $280.00                    Total Time:  2.0

This category relates to matters not covered in other categories.

E.    M019  Fee Application of Archer & Greiner

Fees: $681.00                    Total Time:  3.6

This category relates to time spent on the fee applications of A&G as opposed to fee

applications of other professional in this proceeding.

**Valuation of Services**

1.    Attorneys and paralegals of A&G have expended a total of 37.8 hours in

connection with this matter during the application period as follows:

| **ATTORNEY/PARALEGALS** | **RATE** | **HOURS** | **AMOUNT** |
|---|---|---|---|
| John V. Fiorella | $406.25 | 17.6 | $7,150.00 |
| Michelle N. Friedman | $142.87 | 16.4 | $2,343.00 |
| Leonard A. Smith | $145.00 | 3.8 | $551.00 |

2.    The professional background of the persons who have performed work in this

matter is summarized in Exhibit "B" attached hereto.

3.    The nature of the work performed by these persons is fully set forth in

Exhibit "A" attached hereto.  The rates charged are A&G's normal hourly rates for work of this

nature. The reasonable value of the services rendered by A&G to the Trustee in connection with this matter during the application period is $10,044.00.

4.     In accordance with the factors enumerated in 11 U.S.C. § 330, it is respectfully submitted that the amount requested by A&G is fair and reasonable given: (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. A&G believes that this application fulfills the requirements of Local Rule 2016-2.

**Actual and Necessary Expenses**

1.     A summary of actual and necessary expenses incurred by A&G for the application period is attached hereto as part of Exhibit "A." A&G is charged photocopying charges at $.10 per page. In addition, A&G uses outside copier services for high volume projects, and this application seeks recovery of those costs, if applicable. A&G also charges clients $.95 per page for outgoing facsimile transactions and does not charge for incoming facsimile transactions. Online legal research (Lexis and Westlaw) is charged at A&G's discounted cost, which is computed each month based upon the negotiated discount charge to A&G and the allocations of the savings realized during each month.

2.     A&G believes the foregoing rates are market rates that the majority of law firms charge clients for such services.

WHEREFORE, Archer & Greiner respectfully requests that this Court enter an order providing that for the period of May 31, 2005 through April 30, 2007, an allowance be made to Archer & Greiner in the sum of $10,044.00 as compensation for necessary professional services rendered and $428.79 for reimbursement of actual and necessary costs and expenses, for a total of $10,472.79 and that such sums be authorized for payment by the Trustee.

Dated:  May 7, 2007
       Wilmington, Delaware

By:   /s/ John V. Fiorella

      John V. Fiorella (No. 4330)
      ARCHER & GREINER
      A Professional Corporation
      300 Delaware Avenue, Suite 1370
      Wilmington, DE 19801
      Telephone (302) 777-4350
      Facsimile (302) 777-4352
      Email  jfiorella@archerlaw.com
      Counsel for Alfred T. Giuliano, Ch. 7
      Trustee

2137637v1

5

## VERIFICATION

STATE OF NEW JERSEY    :
                                         ss.
COUNTY OF CAMDEN    :

JOHN V. FIORELLA, after being duly sworn according to law, deposes and says:

1.      I am a shareholder with the applicant firm, Archer & Greiner, A Professional Corporation.

2.      I have personally performed many of the legal services rendered by Archer & Greiner, as counsel to the Chapter 7 Trustee, and am thoroughly familiar with the other work performed on behalf of the Trustee by the lawyers in the firm.

3.      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such Local Rule.

                                              _____
                                                  JOHN V. FIORELLA

Sworn and subscribed to before me
this 4th day of May, 2007.

2137637v1

FELICIA A. PURZYCKI
Notary Public of New Jersey
My Commission Expires on April 22, 2009

# EXHIBIT A

# Archer & Greiner

A Professional Corporation
Counselors at Law

ALFRED T. GIULIANO (TRUSTEE)

| | |
|---|---|
| Invoice Date | 5/4/2007 |
| Client Number | GIU013 |
| Matter Number | 97015 |

## For Professional Services Rendered Through

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 05/31/2005 | Telephone conference with client Alfred T. Giuliano, Trustee re new chapter 7 case. | M001 | 0.4 | J. V. Fiorella | 160.00 |
| 05/31/2005 | (Ultimate Living Group, LLC) - Reviewed docket for conversion order and notice of trustee appointment and parties to be served with pleadings | M001 | 0.3 | M. N. Friedman | 42.00 |
| 05/31/2005 | Review docket re schedules and adversary. Telephone conference with attorney Huggett. Review petition re conflicts, web page re business and docket re status of proceeding. | M001 | 0.4 | J. V. Fiorella | 160.00 |
| 06/02/2005 | Review and respond to email or correspondence from Huggett re case information. | M001 | 0.2 | J. V. Fiorella | 80.00 |
| 06/02/2005 | Telephone conference with client Alfred T. Giuliano, Trustee and telephone conference with attorney Huggett. | M001 | 0.2 | J. V. Fiorella | 80.00 |
| 06/03/2005 | Review letter from Huggett and briefs filed on motion to vacate default judgment in Worldspan v Ultimate Living. Review USDC docket re status of case. Email to Huggett. | M001 | 0.6 | J. V. Fiorella | 240.00 |
| 06/03/2005 | Review and respond to emails from Huggett re motion to vacate default. | M001 | 0.2 | J. V. Fiorella | 80.00 |
| 06/03/2005 | Review and respond to email or correspondence from Huggett. | M001 | 0.1 | J. V. Fiorella | 40.00 |
| 06/06/2005 | Review email from debtor's counsel and forward to Alfred T. Giuliano, Trustee. | M001 | 0.2 | J. V. Fiorella | 80.00 |
| 06/08/2005 | Review and respond to email or correspondence from Alfred T. Giuliano, Trustee re 341 hearing. | M001 | 0.2 | J. V. Fiorella | 80.00 |
| 07/06/2005 | Copied, assembled and prepared hearing binder for transmittal to court | M001 | 0.4 | M. N. Friedman | 56.00 |
| 07/06/2005 | Drafted, converted, efiled and served notice of agenda for 7.8.05 hearing and certificate of service for same | M001 | 0.8 | M. N. Friedman | 112.00 |
| 07/07/2005 | Telephone conference with court re hearing cancelled. | M001 | 0.1 | J. V. Fiorella | 40.00 |
| 07/07/2005 | Drafted amended notice of agenda and certificate of service; Converted, efiled and served same | M001 | 0.7 | M. N. Friedman | 98.00 |
| 07/18/2005 | Review petition and creditor list re status of case. | M001 | 0.3 | J. V. Fiorella | 120.00 |
| 07/18/2005 | Review and respond to email or correspondence from Huggett. Telephone conference with client Alfred T. Giuliano, Trustee re 341 hearing. | M001 | 0.3 | J. V. Fiorella | 120.00 |

GIU013 ALFRED T. GIULIANO (TRUSTEE)
  97015  THE ULTIMATE LIVING GROUP, LLC                                          Page 2

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 08/02/2005 | Telephone conference with attorney Huggett re rescheduling 341 hearing. Email to Alfred T. Giuliano, Trustee. | M001 | 0.1 | J. V. Fiorella | 40.00 |
| 08/02/2005 | Review email from Alfred T. Giuliano, Trustee re bank accounts. | M001 | 0.1 | J. V. Fiorella | 40.00 |
| 08/03/2005 | Telephone conference with client Alfred T. Giuliano, Trustee re adjournment of 341. Corresponded with other attorney Huggett re new date. | M001 | 0.2 | J. V. Fiorella | 80.00 |
| 08/24/2005 | Telephone conference with attorney Huggett re noticing of 341 hearing. | M001 | 0.1 | J. V. Fiorella | 40.00 |
| 08/25/2005 | Telephone conference with attorney Huggett re noticing 341 hearing. | M001 | 0.1 | J. V. Fiorella | 40.00 |
| 09/07/2005 | Telephone conference with attorney Wooster re 341 hearing. | M001 | 0.2 | J. V. Fiorella | 80.00 |
| 09/09/2005 | Telephone conference with attorney Huggett re attendance at 341. | M001 | 0.3 | J. V. Fiorella | 120.00 |
| 09/09/2005 | Telephone conference with attorney Wooster. | M001 | 0.1 | J. V. Fiorella | 40.00 |
| 09/13/2005 | Review Bankruptcy Notices re motion pro hac. | M001 | 0.1 | J. V. Fiorella | 40.00 |
| 09/15/2005 | Telephone conference with client Alfred T. Giuliano, Trustee re 341 hearing. | M001 | 0.2 | J. V. Fiorella | 80.00 |
| 09/16/2005 | Review materials from UST re Oz claim against Ultimate Living. | M001 | 0.5 | J. V. Fiorella | 200.00 |
| 09/19/2005 | Telephone conference with client re information from US Trustee and 341 hearing. | M001 | 0.4 | J. V. Fiorella | 160.00 |
| 09/20/2005 | Review operating reports and prepare for 341 hearing. | M001 | 0.5 | J. V. Fiorella | 200.00 |
| 09/20/2005 | Attend 341 hearing. | M001 | 0.7 | J. V. Fiorella | 280.00 |
| 09/23/2005 | Review revised monthly operating reports. | M001 | 0.3 | J. V. Fiorella | 120.00 |
| 10/20/2005 | Telephone conference with attorney Huggett re 341 hearing. | M001 | 0.4 | J. V. Fiorella | 160.00 |
| 01/30/2006 | Telephone conference with attorney Wooster re status of case. | M001 | 0.2 | J. V. Fiorella | 80.00 |
| 02/10/2006 | Telephone conference with attorney Harrison re waiver of 341. | M001 | 0.4 | J. V. Fiorella | 160.00 |
| 02/10/2006 | Email to Alfred T. Giuliano, Trustee re administration of case. | M001 | 0.2 | J. V. Fiorella | 80.00 |
| 03/03/2006 | Review email from Harrison re motion to dismiss. | M001 | 0.2 | J. V. Fiorella | 80.00 |
| 03/06/2006 | Email to Alfred T. Giuliano, Trustee re motion to dismiss. | M001 | 0.1 | J. V. Fiorella | 40.00 |
| 03/13/2006 | Review from motion to dismiss and email to paralegal. | M001 | 0.2 | J. V. Fiorella | 80.00 |
| 03/13/2006 | Reviewed e-mail from John V. Fiorella re: motion to dismiss case; Drafted same | M001 | 0.8 | M. N. Friedman | 112.00 |
| 03/14/2006 | Review and revise Motion to Dismiss. | M001 | 0.4 | J. V. Fiorella | 160.00 |
| 03/14/2006 | E-mail to client forwarding motion to dismiss case for execution | M001 | 0.1 | M. N. Friedman | 14.00 |

GIU013 ALFRED T. GIULIANO (TRUSTEE)
  97015  THE ULTIMATE LIVING GROUP, LLC                                    Page 3

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 03/16/2006 | Telephone conference with client Alfred T. Giuliano, Trustee re dismissal. | M001 | 0.2 | J. V. Fiorella | 80.00 |
| 03/16/2006 | Telephone conference with attorney Margaret Harrison. | M001 | 0.2 | J. V. Fiorella | 80.00 |
| 05/17/2006 | Telephone conference with client Alfred T. Giuliano, Trustee re 341 hearing. | M001 | 0.1 | J. V. Fiorella | 40.00 |
| 05/26/2006 | Telephone conference with attorney Wooster re status of case. | M001 | 0.3 | J. V. Fiorella | 120.00 |
| 05/26/2006 | Review corporate searches and filings re related companies. Review federal court docket re appearance by Huggett for individual and materials from OZ Communications. Email to Alfred T. Giuliano, Trustee. | M001 | 0.5 | J. V. Fiorella | 200.00 |
| 08/09/2006 | Review corporate entity searches. | M001 | 0.2 | J. V. Fiorella | 80.00 |
| 08/29/2006 | Review docket of district court action and telephone conference with attorney Huggett. | M001 | 0.4 | J. V. Fiorella | 160.00 |
| 09/27/2006 | Review email from Huggett re 341. | M001 | 0.1 | J. V. Fiorella | 40.00 |
| 10/26/2006 | Review web site located in the UK and memo to investigator. | M001 | 0.4 | J. V. Fiorella | 168.00 |
| 11/08/2006 | Research re: Ultimate Living, LLC. | M001 | 2.2 | L. A. Smith | 319.00 |
| 11/16/2006 | Research re: John Lassister and Ultimate Living | M001 | 1.6 | L. A. Smith | 232.00 |
| 11/17/2006 | Review results of investigation and email to Alfred T. Giuliano, Trustee. | M001 | 0.3 | J. V. Fiorella | 126.00 |
| 11/22/2006 | Telephone conference with attorney Wooster and email to Alfred T. Giuliano, Trustee. | M001 | 0.2 | J. V. Fiorella | 84.00 |
| 12/11/2006 | Telephone conference with attorney Woorster re order to withdraw reference. | M001 | 0.2 | J. V. Fiorella | 84.00 |
| 12/12/2006 | Review email from Wooster and email to Alfred T. Giuliano, Trustee. | M001 | 0.3 | J. V. Fiorella | 126.00 |
| 12/12/2006 | Email to Harrison re 341 hearing and email to Wooster re hearing date. | M001 | 0.2 | J. V. Fiorella | 84.00 |
| 01/19/2007 | Telephone conference with attorney Huggett. Review and respond to email or correspondence from email form Alfred T. Giuliano, Trustee re the 341 hearing. | M001 | 0.4 | J. V. Fiorella | 168.00 |
| 01/29/2007 | Review status and telephone conference with attorney Huggett re appearance at 341 hearing. Telephone conference with attorney Wooster. | M001 | 0.2 | J. V. Fiorella | 84.00 |
| 01/30/2007 | Attend abortive 341 hearing. | M001 | 0.5 | J. V. Fiorella | 210.00 |
| 02/06/2007 | Review letter from Huggett and email to Alfred T. Giuliano, Trustee. | M001 | 0.2 | J. V. Fiorella | 84.00 |
| 02/20/2007 | Reviewed emails re: Motion to Waive 341 Exam; Begin drafting same | M001 | 1.0 | M. N. Friedman | 150.00 |
| 02/20/2007 | Review proposed form of motion to close case without 341 hearing and hearing dates befoe the district court. | M001 | 0.4 | J. V. Fiorella | 168.00 |
| 02/21/2007 | Continued drafting motion to waive 341a hearing | M001 | 0.5 | M. N. Friedman | 75.00 |

GIU013 ALFRED T. GIULIANO (TRUSTEE)
  97015  THE ULTIMATE LIVING GROUP, LLC                                                    Page 4

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 02/23/2007 | Email to Alfred T. Giuliano, Trustee re status of motion to waive 341 hearing. | M001 | 0.1 | J. V. Fiorella | 42.00 |
| 02/23/2007 | Review and revise Motion to waive 341 hearing. Telephone conference with court re withdrawal of reference. | M001 | 0.5 | J. V. Fiorella | 210.00 |
| 03/13/2007 | Telephone conference with court District Court Clerk re case withdrawal. | M001 | 0.2 | J. V. Fiorella | 84.00 |
| 03/20/2007 | Telephone conference with court Krett re opening of case in District Court. | M001 | 0.2 | J. V. Fiorella | 84.00 |
| 04/04/2007 | Review and revise Motion to dispense with 341 hearing to conform to District Court rules and filing requirements. Telephone conference with court chambers re opening of case in DIstrict Court. | M001 | 0.7 | J. V. Fiorella | 294.00 |
| 04/05/2007 | Reviewed and revised motion to waive 341a requirement; Converted, efiled and served same | M001 | 0.7 | M. N. Friedman | 105.00 |
| 04/05/2007 | Reviewed court docket for parties to be included on service list and created service list for district court motion | M001 | 0.6 | M. N. Friedman | 90.00 |
| 04/23/2007 | Reviewed district court docket re: responses to motion; Telephone conference with district court personnel re: entry of order | M001 | 0.2 | M. N. Friedman | 30.00 |
| 04/24/2007 | Review order and email to Alfred T. Giuliano, Trustee. | M001 | 0.2 | J. V. Fiorella | 84.00 |
| 04/25/2007 | Downloaded entered order granting motion to waive 341a requirement from court docket and served same on all parties | M001 | 0.2 | M. N. Friedman | 30.00 |
| | **TOTAL** | | **26.5** | | **8,129.00** |

GIU013 ALFRED T. GIULIANO (TRUSTEE)
97015  THE ULTIMATE LIVING GROUP, LLC                                    Page 5

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 05/26/2006 | Review pleadings in federal court litigation, check web site and review file re successor corporations. | M002 | 0.4 | J. V. Fiorella | 160.00 |
| | **TOTAL** | | **0.4** | | **160.00** |

GIU013 ALFRED T. GIULIANO (TRUSTEE)
97015  THE ULTIMATE LIVING GROUP, LLC                                      Page 6

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 06/01/2005 | (Ultimate Living Group) - Drafted retention application for A&G | M015 | 1.0 | M. N. Friedman | 140.00 |
| 06/01/2005 | (Ultimate Living Group) - Drafted retention application for accountant | M015 | 1.0 | M. N. Friedman | 140.00 |
| 06/02/2005 | Review and revise retention applications. | M015 | 0.2 | J. V. Fiorella | 80.00 |
| 06/06/2005 | Revised application to retain attorney | M015 | 0.4 | M. N. Friedman | 56.00 |
| 06/06/2005 | E-mail to client sending retention applications for review/execution | M015 | 0.1 | M. N. Friedman | 14.00 |
| 06/06/2005 | Revised application to retain accountant | M015 | 0.4 | M. N. Friedman | 56.00 |
| 06/07/2005 | Reviewed executed documents from client; Converted, efiled and served two retention applications | M015 | 1.0 | M. N. Friedman | 140.00 |
| 06/08/2005 | Converted and efiled certificate of service for two retention applications | M015 | 0.3 | M. N. Friedman | 42.00 |
| 07/06/2005 | Reviewed docket for objections to retention applications; Drafted, converted, efiled and served certificate of no objection to retention applications and certificate of service for same | M015 | 0.9 | M. N. Friedman | 126.00 |
| | **TOTAL** | | **5.3** | | **794.00** |

GIU013 ALFRED T. GIULIANO (TRUSTEE)
 97015  THE ULTIMATE LIVING GROUP, LLC                                      Page 7

| Date | Description | Task | Hours | Name | Fees |
|------|-------------|------|-------|------|------|
| 05/31/2005 | (Ultimate Living Group, LLC) - Downloaded petition and schedules from court website | M018 | 0.5 | M. N. Friedman | 70.00 |
| 05/31/2005 | (Ultimate Living Group, LLC) - Created master service list | M018 | 0.3 | M. N. Friedman | 42.00 |
| 09/22/2005 | Reviewed e-mail from John V. Fiorella re: monthly operating reports; Downloaded and printed same | M018 | 0.6 | M. N. Friedman | 84.00 |
| 05/26/2006 | Searched DE Secretary of State's website for corporate information on Ultimate Living; Telephone conference with DE Secretary of State's office re: requesting copies of corporate documents; Correspondence to DE Secretary of State sending request for corporate documents | M018 | 0.6 | M. N. Friedman | 84.00 |
| | **TOTAL** | | **2.0** | | **280.00** |

GIU013 ALFRED T. GIULIANO (TRUSTEE)
  97015  THE ULTIMATE LIVING GROUP, LLC                                                          Page 8

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 03/14/2006 | Review and revise fee application. | M019 | 0.3 | J. V. Fiorella | 120.00 |
| 03/14/2006 | Drafted and revised first and final fee application for Archer & Greiner | M019 | 1.5 | M. N. Friedman | 210.00 |
| 02/15/2007 | Begin updating first and final fee application for A&G | M019 | 0.7 | M. N. Friedman | 105.00 |
| 02/16/2007 | Completed revisions to first and final fee application for A&G | M019 | 0.8 | M. N. Friedman | 120.00 |
| 02/19/2007 | Review and revise fee application and telephone conference with client Alfred T. Giuliano, Trustee re motion to close case. | M019 | 0.3 | J. V. Fiorella | 126.00 |
| | **TOTAL** | | **3.6** | | **681.00** |

GIU013 ALFRED T. GIULIANO (TRUSTEE)
97015  THE ULTIMATE LIVING GROUP, LLC                                    Page 9

### For Charges and Disbursements

| Date | Type | Description | Amounts |
|------|------|-------------|--------:|
| 06/07/2005 | | Photocopying  387 @ 0.10 | $38.70 |
| 07/06/2005 | | Photocopying  122 @ 0.10 | $12.20 |
| 07/07/2005 | | Photocopying  2 @ 0.10 | $0.20 |
| 10/24/2005 | | Photocopying  2 @ 0.10 | $0.20 |
| 05/30/2006 | | Photocopying  1 @ 0.10 | $0.10 |
| 09/25/2006 | | Photocopying  143 @ 0.10 | $14.30 |
| 12/04/2006 | | Photocopying  187 @ 0.10 | $18.70 |
| 04/05/2007 | | Photocopying  96 @ 0.10 | $9.60 |
| 04/25/2007 | | Photocopying  13 @ 0.10 | $1.30 |
| | ETOTAL*  Photocopying  13 @ 0.10 | | $95.30 |
| 06/07/2005 | | Postage | $52.80 |
| 04/05/2007 | | Postage | $15.05 |
| | ETOTAL*  Postage | | $67.85 |
| 05/26/2006 | | Secretary of State   DELAWARE SECRETARY OF STATE | $30.00 |
| | ETOTAL*  Secretary of State   DELAWARE SECRETARY OF STATE | | $30.00 |
| 01/04/2007 | | Computer Data Research   CHOICEPOINT PUBLIC RECORDS, INC. | $75.00 |
| 01/04/2007 | | Computer Data Research   ACCURINT - ACCOUNT #1022515 | $6.85 |
| 01/04/2007 | | Computer Data Research   ACCURINT - ACCOUNT #1022515 | $24.64 |
| | ETOTAL*  Computer Data Research   ACCURINT - ACCOUNT #1022515 | | $106.49 |
| 07/08/2005 | | Delivery service   ROAD RUNNER COURIER SERVICE,INC. | $113.00 |
| | ETOTAL*  Delivery service   ROAD RUNNER COURIER SERVICE,INC. | | $113.00 |
| 07/07/2005 | | Telecopying  9 @ 0.95 | $8.55 |
| 07/18/2005 | | Telecopying  4 @ 0.95 | $3.80 |
| 08/04/2005 | | Telecopying  4 @ 0.95 | $3.80 |
| | ETOTAL*  Telecopying  4 @ 0.95 | | $16.15 |
| | **TOTAL DISBURSEMENTS\*** | | **428.79** |

# EXHIBIT B

**ATTACHMENT B**
**TO FEE APPLICATION**

**SUMMARY OF ARCHER & GREINER FEES**
**MAY 31, 2005 THROUGH APRIL 30, 2007**

| NAME OF PROFESSIONAL | POSITION, YEAR ASSUMED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| | | | | |
| John V. Fiorella | Shareholder.  Practicing in New Jersey since 1972 and Delaware since 2002.  Joined firm in 1972. | $406.25 | 17.6 | $7,150.00 |
| Michelle N. Friedman | Paralegal.  Joined firm in 1998. | $142.87 | 16.4 | $2,343.00 |
| Leonard A. Smith | Paralegal.  Joined firm in 1988. | $145.00 | 3.8 | $551.00 |
| | | | | |
| **Grand Total**: | | | 37.8 | $10,044.00 |
| | **Blended Rate** | $231.37 | | |
| | | | | |

## COMPENSATION BY PROJECT CATEGORY

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| | | |
| Case Administration | 26.5 | $8,129.00 |
| Business Operations | 0.4 | $160.00 |
| Insurance Issues | 0.0 | $0.00 |
| Tax Matters/Tax Returns | 0.0 | $0.00 |
| Employee Benefits, Termination, Pensions | 0.0 | $0.00 |
| Avoidance Claims Analysis and Litigation | 0.0 | $0.00 |
| Prepetition Litigation | 0.0 | $0.00 |
| Executory Contracts | 0.0 | $0.00 |
| Secured Claim Issues, Relief From Stay Issues and Proceedings | 0.0 | $0.00 |
| Adversary Proceedings and Related Litigation | 0.0 | $0.00 |
| Miscellaneous Motions and Related Proceedings | 0.0 | $0.00 |
| Personal Injury/Products Liability Analysis in Litigation | 0.0 | $0.00 |
| Liquidation of Assets and Asset Sales | 0.0 | $0.00 |
| Claims Review/Objections | 0.0 | $0.00 |
| Fee/Employment Applications | 5.3 | $794.00 |
| Fee/Employment Objections | 0.0 | $0.00 |
| Travel | 0.0 | $0.00 |
| Miscellaneous | 2.0 | $280.00 |
| Archer & Greiner Fee Application | 3.6 | $681.00 |
| | | |
| **Total Fees:** | | **$10,044.00** |

**EXPENSE SUMMARY**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| | | |
| Computer Assisted Legal Research | Accurint | $31.49 |
| | Choicepoint Public Records, Inc. | $75.00 |
| Facsimile ($.95/page) | In-House | $16.15 |
| In-House Reproduction ($.10/page) | | $95.30 |
| Courier & Express Carriers | Road Runner Courier Service, Inc. | $113.00 |
| Postage | US Postal Service | $67.85 |
| Secretary of State | | $30.00 |
| | | |
| **TOTAL** | | **$428.79** |

2137647v1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| THE ULTIMATE LIVING GROUP, LLC, | : | Case No. 07-00161 (JJF) |
|  | : |  |
| Debtor. | : | **Objection Deadline: To Be Determined** |
|  | : | **Hearing Date: To Be Determined** |

**NOTICE OF APPLICATION FOR FIRST AND FINAL APPLICATION OF ARCHER &
GREINER, PC  FOR ALLOWANCE OF CHAPTER 7 COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE CHAPTER 7 TRUSTEE**

PLEASE TAKE NOTICE that on May 7, 2007, Archer & Greiner, PC filed the ***First and
Final Application of Archer & Greiner, PC for Allowance of Chapter 7 Compensation and
Reimbursement of Expenses as Counsel to the Chapter 7 Trustee*** (the "Application") with the
United States District Court for the District of Delaware, 844 North King Street, Wilmington,
Delaware 19801 (the "District Court").  By this Application, Archer & Greiner, PC seeks an
allowance of $10,044.00 as compensation and $428.79 for reimbursement of actual and
necessary expenses for a total of $10,472.79 for the period of May 31, 2005 through April 30,
2007.

PLEASE TAKE FURTHER NOTICE that any objections to the Application must be
made in writing, filed with the District Court and served upon the undersigned counsel for the
Trustee, so as to actually be received by the District Court and Debtors' counsel on or before **the
objection deadline to be determined**.  A copy of the Application may be obtained from the
Clerk of the District Court or the undersigned counsel.  If no objections are timely filed in
accordance with the above procedure, Archer & Greiner, PC shall file a Certificate of No
Objection.

PLEASE TAKE FURTHER NOTICE that a hearing on the Application will be held on **a date to be determined** before The Honorable Joseph J. Farnan, Jr., United States District Court Judge, 844 King Street, Wilmington, Delaware.  Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered.

Dated:  May 7, 2007
      Wilmington, Delaware

By:   /s/ John V. Fiorella
      John V. Fiorella (No. 4330)
      ARCHER & GREINER
      A Professional Corporation
      300 Delaware Avenue, Suite 1370
      Wilmington, DE 19801
      Telephone (302) 777-4350
      Facsimile (302) 777-4352
      Email  jfiorella@archerlaw.com
      Counsel for Alfred T. Giuliano, Ch. 7 Trustee

2137669v1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE ULTIMATE LIVING GROUP, LLC, | : | Case No. 07-00161 (JJF) |
| | : | |
| Debtor. | : | **Related Docket No.** |
| | : | |
| | : | |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF
ARCHER & GREINER FOR ALLOWANCE OF CHAPTER 7
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**[Docket Reference_____]**

Upon consideration of the First and Final Application of Archer & Greiner, PC for Allowance of Chapter 7 Compensation and Reimbursement of Expenses (the "Application") pursuant to Section 330(a) and 331 of Title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for allowance of compensation and reimbursement of expenses for the period from May 31, 2005 through April 30, 2007, (the "Compensation Period"), and the Court having thoroughly reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application, it is hereby

ORDERED, that the Application is granted, and it is further

ORDERED, that Archer & Greiner is awarded compensation in the amount of $10,044.00 for professional services rendered and $428.79 for costs and expenses incurred for the period May 31, 2005 through April 30, 2007 and it is further

ORDERED, that payment may be made by the Chapter 7 Trustee to Archer & Greiner of

100% of any and all fees and 100% of any and all expenses hereto that have not yet been paid in

satisfaction of the allowed fees for services rendered and expenses incurred in the Chapter 7

from the assets of the Debtor's Estate.

Dated: _____, 2007
        Wilmington, DE

                                           _____
                                         HONORABLE JOHN J. FARNAN, JR.
                                         US DISTRICT JUDGE

2137680v1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| THE ULTIMATE LIVING GROUP, LLC, | : | Case No. 07-00161 (JJF) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |
|  | : |  |
|  | : |  |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Application For First And Final

Application of Archer & Greiner, Pc  For Allowance of Chapter 7 Compensation and

Reimbursement of Expenses as Counsel To The Chapter 7 Trustee  (the "Motion") was served

on all parties on the attached service list by notice of electronic filing on May 7, 2007 and via

regular first class mail on May 7, 2007.


Dated:  May 7, 2007                    ARCHER & GREINER, P.C.


By:   /s/  John V. Fiorella              .
        John V. Fiorella (No. 4330)
        ARCHER & GREINER
        A Professional Corporation
        300 Delaware Avenue, Suite 1370
        Wilmington, DE 19801
        Telephone (302) 777-4350
        Facsimile (302) 777-4352
        Email  jfiorella@archerlaw.com
        Counsel for Alfred T. Giuliano, Ch. 7 Trustee

**SERVICE LIST**
**THE ULTIMATE LIVING GROUP, LLC**
**CH. 7, CASE NO. 04-12990**

James E. Huggett, Esquire
Harvey, Pennington Ltd.
913 N. Market St., Suite 702
Wilmington, DE 19801
Facsimile:  302-428-0734
Attorneys for Debtor

Office of the US Trustee
844 King St., Room 2207
Lockbox #35
Wilmington, DE 19899-0035
Facsimile:

Michael B. McCauley, Esquire
Palmer, Biezup & Henderson, LLP
1223 Foulk Road
Wilmington, DE 19803
Facsimile:  302-478-7625
Attorneys for Worldspan, L.P.

ASSEDIC
44 Rue Berlioz
BP 1154
06003 Nice Cedex 1
France

Azur Assurance
2 Place George Sand
BP 8
18007 Bourges Cediec
France

France Telecom
ADV Seg N 06BP 2089
16102 Nice Cedex 2
France

George Vidry
One Avenue General de Gaulle
06232 Ville Franche
France

Munegu
28 Bis Avenue de l'Annociade
MC 98000
Monaco
France

URSAFF des Alpes Maritimes
152 Avenue de la Californie
06200 Nice
France

Commerce Associates
Attn:  Landlord
Tenant The Ultimate Living Group, LLC
One Commerce Center, 1201 N. Orange St.
Wilmington, DE 19801

Levy Properties
7 Rue Montyan
75007 Paris
France

2647140v1