UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                             :   Chapter 7
                                   :
THE ULTIMATE LIVING GROUP, LLC,    :   Case No. 07-161-JJF
                                   :
     Debtor.                       :
                                   :

**O R D E R**

WHEREAS, the above-captioned action was withdrawn from the Bankruptcy Court (D.I. 1) by Order dated December 11, 2006;

WHEREAS, Archer & Greiner, PC has filed a First And Final Application For Allowance Of Compensation And Reimbursement Of Expenses As Counsel For The Chapter 7 Trustee (D.I. 4) requesting compensation in the amount of $10,044.00 and expenses in the amount of $428.79 in connection with services rendered in this matter from May 31, 2005 through April 30, 2007;

WHEREAS, Guiliano Miller and Company, LLC has filed a First And Final Application For Compensation And Reimbursement Of Expenses As Accountants To The Trustee (D.I. 5) requesting compensation in the amount of $998.50 and expenses in the amount of $28.98 in connection with services rendered in this matter from March 10, 2006 through June 20, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  Objections to the fee applications shall be filed no later than **Thursday, November 15, 2007.**

2.  If no objections are received by that date, the Court will grant the pending applications (D.I. 4 and 5).

October 18, 2007
DATE

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE