IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE ULTIMATE LIVING GROUP, LLC, | : | Case No. 07-00161 (JJF) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Order entered by the Honorable Joseph J. Farnan, Jr. on October 18, 2007, (the "Order") was served on all parties on the attached service list by notice of electronic filing on October 18, 2007 and via regular first class mail on October 22, 2007.

Dated:  October 22, 2007                    ARCHER & GREINER, P.C.


By:   /s/  John V. Fiorella              .
      John V. Fiorella, Esq. (#4330)
      One Centennial Square
      Haddonfield, NJ  08033
      (856) 795-2121
      (856) 795-0574 (fax)
      jfiorella@archerlaw.com

SERVICE LIST
THE ULTIMATE LIVING GROUP, LLC
CH. 7, CASE NO. 04-12990

James E. Huggett, Esquire
Harvey, Pennington Ltd.
913 N. Market St., Suite 702
Wilmington, DE 19801

Facsimile: 302-428-0734
Attorneys for Debtor

Worldspan, L.P.
Michael B. McCauley, Esquire
Palmer, Biezup & Henderson LLP
1223 Foulk Road
Wilmington, DE 19803

Facsimile: 302-478-7625
Attorneys for Worldspan, L.P.

Azur Assurance
2 Place George Sand
BP 8
18007 Bourges Cediec
France

George Vidry
One Avenue General de Gaulle
06232 Ville Franche
France

URSAFF des Alpes Maritimes
152 Avenue de la Californie
06200 Nice
France

Levy Properties
7 Rue Montyan
75007 Paris
France

Office of the US Trustee
844 King St., Room 2207
Lockbox #35
Wilmington, DE 19899-0035

ASSEDIC
44 Rue Berlioz
BP 1154
06003 Nice Cedex 1
France

France Telecom
ADV Seg N 06BP 2089
16102 Nice Cedex 2
France

Munegu
28 Bis Avenue de l'Annociade
MC 98000
Monaco
France

Commerce Associates
Attn: Landlord
Tenant The Ultimate Living Group, LLC
One Commerce Center, 1201 N. Orange St.
Wilmington, DE 19801

Worldspan, L.P.
Attention: Officer/Agent
300 Galleria Parkway
Atlanta, GA 30339

2924401v1