UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                : Chapter 7
                                      :
THE ULTIMATE LIVING GROUP, LLC,:        Case No. 07-161-JJF
                                      :
        Debtor.                       :
                                      :

<u>O R D E R</u>

WHEREAS, the above-captioned action was withdrawn from the Bankruptcy Court (D.I. 1) by Order dated December 11, 2006;

WHEREAS, Flaster/Greenberg P.C. has filed a First And Final Application For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To Debtor For The Period From October 18, 2004 Through May 31, 2005 (D.I. 8);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.   Objections to the fee application shall be filed no later than **Friday, December 7, 2007.**

2.   If no objections are received by that date, the Court will grant the pending application (D.I. 8).

<u>November 7, 2007</u>                    _____
    DATE                             UNITED STATES DISTRICT JUDGE