## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE ULTIMATE LIVING GROUP, LLC, | : | Case No. 07-00161 (JJF) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| | : | |

## CERTIFICATE OF NO OBJECTION TO DOCKET NO. 5

On June 29, 2007, Archer & Greiner, a Professional Corporation, filed an *Application for Fees and Reimbursement of Expenses by Giuliano Miller & Company, LLC for Professional Services Rendered as Accountants for Alfred T. Giuliano, Chapter 7 Trustee* (the "Application"). Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than November 15, 2007. The undersigned hereby certifies that he has received no formal answer, objection or any responsive pleading with respect to the Application and that no answer, objection or responsive pleading with respect to the Application has been filed with the Court.

Wherefore, it is respectfully requested that the Court enter the Order in the form attached to the Application.

Dated: November 21, 2007

           /s/  John V. Fiorella
John V. Fiorella, Esquire (#4330)
ARCHER & GREINER
A Professional Corporation
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone:  302-777-4350
Facsimile:  302-777-4352
Email:  jfiorella@archerlaw.com
Counsel to Alfred T. Giuliano, Ch. 7 Trustee