**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE ULTIMATE LIVING GROUP, LLC, | : | Case No. 07-00161 (JJF) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the Certificate of No Objection to Docket No. 4 and Certificate of No Objection to Docket No. 5 were served on all parties on the attached service list by notice of electronic filing on November 21, 2007 and via regular first class mail on November 21, 2007.

Dated: November 21, 2007                                ARCHER & GREINER, P.C.


                                                        By:   /s/ John V. Fiorella           .
                                                             John V. Fiorella, Esq. (#4330)
                                                             One Centennial Square
                                                             Haddonfield, NJ  08033
                                                             (856) 795-2121
                                                             (856) 795-0574 (fax)
                                                             jfiorella@archerlaw.com

SERVICE LIST
THE ULTIMATE LIVING GROUP, LLC
CH. 7, CASE NO. 04-12990

James E. Huggett, Esquire
Harvey, Pennington Ltd.
913 N. Market St., Suite 702
Wilmington, DE 19801

Facsimile: 302-428-0734
Attorneys for Debtor

Worldspan, L.P.
Michael B. McCauley, Esquire
Palmer, Biezup & Henderson LLP
1223 Foulk Road
Wilmington, DE 19803

Facsimile: 302-478-7625
Attorneys for Worldspan, L.P.

Azur Assurance
2 Place George Sand
BP 8
18007 Bourges Cediec
France

George Vidry
One Avenue General de Gaulle
06232 Ville Franche
France

URSAFF des Alpes Maritimes
152 Avenue de la Californie
06200 Nice
France

Levy Properties
7 Rue Montyan
75007 Paris
France

Office of the US Trustee
844 King St., Room 2207
Lockbox #35
Wilmington, DE 19899-0035

ASSEDIC
44 Rue Berlioz
BP 1154
06003 Nice Cedex 1
France

France Telecom
ADV Seg N 06BP 2089
16102 Nice Cedex 2
France

Munegu
28 Bis Avenue de l'Annociade
MC 98000
Monaco
France

Commerce Associates
Attn: Landlord
Tenant The Ultimate Living Group, LLC
One Commerce Center, 1201 N. Orange St.
Wilmington, DE 19801

Worldspan, L.P.
Attention: Officer/Agent
300 Galleria Parkway
Atlanta, GA 30339

2980226v1