IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE ULTIMATE LIVING GROUP, LLC, | : | Case No. 07-00161 (JJF) |
| | : | |
| Debtor. | : | **Objection Deadline: To Be Determined** |
| | : | **Hearing Date: To Be Determined** |

### ORDER APPROVING FIRST AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO GIULIANO MILLER AND COMPANY, LLC, AS ACCOUNTANTS TO THE TRUSTEE FOR THE PERIOD OF MARCH 10, 2006 THROUGH JUNE 20, 2007

Giuliano Miller and Company, LLC ("GMCO"), Accountants to Alfred T. Giuliano, Chapter 7 Trustee for the estate of The Ultimate Living Group, LLC having filed a Motion for and Order Granting Compensation and Reimbursement of Expenses (the "Motion) for the period of March 10, 2006 through June 20, 2007, and the Court having thoroughly reviewed the Motion; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Motion, and any hearing on the Motion, was adequate and proper under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Motion; and after notice and hearing and for other and good cause:

IT IS ON THIS 27 DAY OF November, 2007 HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. GMCO be and hereby is awarded compensation in the amount of $998.50 for services rendered, and $28.98 for costs and expenses incurred for the period March 10, 2006 through June 20, 2007.

3. The amount awarded shall be paid forthwith by the Chapter 7 Trustee.

_____
The Honorable Joseph J. Farnan, Jr.
UNITED STATES DISTRICT COURT JUDGE

2730038v1