IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE ULTIMATE LIVING GROUP, LLC, | : | Case No. 07-00161 (JJF) |
| | : | |
| Debtor. | : | **Related Docket No.** |
| | : | |

ORDER APPROVING FIRST AND FINAL APPLICATION OF
ARCHER & GREINER FOR ALLOWANCE OF CHAPTER 7
COMPENSATION AND REIMBURSEMENT OF EXPENSES

[Docket Reference_____]

Upon consideration of the First and Final Application of Archer & Greiner, PC for Allowance of Chapter 7 Compensation and Reimbursement of Expenses (the "Application") pursuant to Section 330(a) and 331 of Title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for allowance of compensation and reimbursement of expenses for the period from May 31, 2005 through April 30, 2007, (the "Compensation Period"), and the Court having thoroughly reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application, it is hereby

ORDERED, that the Application is granted, and it is further

ORDERED, that Archer & Greiner is awarded compensation in the amount of $10,044.00 for professional services rendered and $428.79 for costs and expenses incurred for the period May 31, 2005 through April 30, 2007 and it is further

ORDERED, that payment may be made by the Chapter 7 Trustee to Archer & Greiner of 100% of any and all fees and 100% of any and all expenses hereto that have not yet been paid in satisfaction of the allowed fees for services rendered and expenses incurred in the Chapter 7 from the assets of the Debtor's Estate.

Dated: November 27, 2007
Wilmington, DE

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE JOHN J. FARNAN, JR.
　　　　　　　　　　　　　　　　　　　　US DISTRICT JUDGE

2137680v1

2