IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE ULTIMATE LIVING GROUP, LLC, | : | Case No. 07-00161 (JJF) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the following were served on all parties on the attached service list by notice of electronic filing on November 28, 2007 and via regular first class mail on November 28, 2007:

    1.    Order Granting Application of Archer & Greiner, PC for Compensation of Fees and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee; and

    2.    Order Granting Application of Giuliano Miller and Company for Compensation of Fees and Reimbursement of Expenses as Accountants to the Chapter 7 Trustee.

Dated: November 28, 2007        ARCHER & GREINER, P.C.

                                            By: /s/ John V. Fiorella .
                                                John V. Fiorella, Esq. (#4330)
                                                One Centennial Square
                                                Haddonfield, NJ 08033
                                                (856) 795-2121
                                                (856) 795-0574 (fax)
                                                jfiorella@archerlaw.com

SERVICE LIST
THE ULTIMATE LIVING GROUP, LLC
CH. 7, CASE NO. 04-12990

| | |
|---|---|
| James E. Huggett, Esquire<br>Harvey, Pennington Ltd.<br>913 N. Market St., Suite 702<br>Wilmington, DE 19801<br><br>Facsimile: 302-428-0734<br>Attorneys for Debtor | Office of the US Trustee<br>844 King St., Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Worldspan, L.P.<br>Michael B. McCauley, Esquire<br>Palmer, Biezup & Henderson LLP<br>1223 Foulk Road<br>Wilmington, DE 19803<br><br>Facsimile: 302-478-7625<br>Attorneys for Worldspan, L.P. | ASSEDIC<br>44 Rue Berlioz<br>BP 1154<br>06003 Nice Cedex 1<br>France |
| Azur Assurance<br>2 Place George Sand<br>BP 8<br>18007 Bourges Cediec<br>France | France Telecom<br>ADV Seg N 06BP 2089<br>16102 Nice Cedex 2<br>France |
| George Vidry<br>One Avenue General de Gaulle<br>06232 Ville Franche<br>France | Munegu<br>28 Bis Avenue de l'Annociade<br>MC 98000<br>Monaco<br>France |
| URSAFF des Alpes Maritimes<br>152 Avenue de la Californie<br>06200 Nice<br>France | Commerce Associates<br>Attn: Landlord<br>Tenant The Ultimate Living Group, LLC<br>One Commerce Center, 1201 N. Orange St.<br>Wilmington, DE 19801 |
| Levy Properties<br>7 Rue Montyan<br>75007 Paris<br>France | Worldspan, L.P.<br>Attention: Officer/Agent<br>300 Galleria Parkway<br>Atlanta, GA 30339 |

2987290v1