UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 7 |
| THE ULTIMATE LIVING GROUP, LLC, | Case No. 07-cv-00161-JJF |
| Debtor. | |

### CERTIFICATE OF NO OBJECTION

The undersigned, attorney for the Debtor, certifies as follows:

1.   On October 25, 2007, the undersigned filed with this Court the First and Final Fee Application of Flaster/Greenberg P.C. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Debtor for the Period from October 18, 2004 Through May 31, 2005 [Docket No.8] relating to same (collectively, the "Application"), notice of which was sent to all parties entitled to notice, as reflected in the Certificate of Service, attached to the Application.

2.   Any other answers, objections or responses to the Application were due on or before December 7, 2007. None were filed. Nevertheless, Worldspan L.P. raised an informal objection to the Application. To resolve this objection, Flaster Greenberg has agreed to accept $10,000.00 in full satisfaction of the Application.

3.   Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court approve the Application.

FLASTER/GREENBERG P.C.

Dated: December 14, 2007

William J. Burnett, Esquire (ID# 4078)
913 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 351-1910