IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| THE ULTIMATE LIVING GROUP, LLC, | Case No. 07-cv-00161-JJF |
| Debtor. | |

**ORDER APPROVING FIRST AND FINAL FEE APPLICATION
OF FLASTER/GREENBERG P.C.**

Upon the First and Final Fee Application of Flaster/Greenberg, P.C., Counsel to The Ultimate Living Group, for Compensation and Reimbursement of Expenses for the First and Final Period of October 18, 2004 through May 31, 2005 (the "Application"); the Court having reviewed the Application and the Court having determined that the legal and factual basis set forth in the Application establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. Flaster/Greenberg is hereby authorized and directed to apply $10,000 [$15,000 struck through] of the Retainer in full satisfaction of this Application.

3. The fees requested are hereby APPROVED and such approval shall become final at the time that this Court approves the Trustee's Final Accounting in this case.

4. FG shall promptly return the remaining $ [$15,000 of the Retainer struck through] to the Trustee.

Dated: January 3, 2008

Honorable Joseph J. Farnan, Jr.
United States District Court Judge