IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE ULTIMATE LIVING GROUP, LLC, | : | Case No. 07-00161 (JJF) |
| | : | |
| Debtor. | : | **Objection Deadline:** |
| | : | **Hearing Date:** |

**UNITED STATES TRUSTEE'S STATEMENT OF REVIEW**

The U.S. Trustee has reviewed and has no objections to (i) the Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation, and (ii) the Trustee's Proposed Distribution of Property of the Estate, all of which documents have been filed in the above referenced case.

        ROBERTA A. DEANGELIS
        ACTING UNITED STATES TRUSTEE

BY:   /s/ William K. Harrington
       William K. Harrington, Esquire
       Office of U.S. Trustee
       J. Caleb Boggs Federal Building
       844 King Street, Suite 2207, Lockbox 35
       Wilmington, DE 19801
       Ph: (302) 573-6491
       Fax: (302) 573-6497

Dated: July 18, 2008