IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE ULTIMATE LIVING GROUP, LLC, | : | Case No. 07-00161 (JJF) |
| | : | |
| Debtor. | : | **Objection Deadline:** |
| | : | **Hearing Date:** |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 18th day of July, 2008, the foregoing United States Trustee's Statement of Review was caused to be served via facsimile to the following:

Alfred T. Giuliano
Giuliano Miller & Co., LLC
750 Route 73 South, Suite 110
Marlton, NJ 08053
Fax: (856) 596-8688

James E. Huggett
Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE 19801
Fax: (302) 888-1119


　/s/ Shakima L. Williams
　Shakima L. Williams
　Paralegal Specialist